# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: admin | Date Created: 3/31/2025 |
| Case: 8–24–73031–ast | Form ID: 227 | Total: 28 |

**Recipients of Notice of Electronic Filing:**
tr     Krista M Preuss     info@ch13edny.com
aty    Krista M Preuss     info@ch13edny.com

                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Dario Charles          409 N Brookside Ave          Freeport, NY 11520
smg         United States Trustee          Office of the United States Trustee          Long Island Federal Courthouse          560 Federal Plaza – Room 560          Central Islip, NY 11722–4437
10396533    American Express National Bank          c/o Becket and Lee LLP          PO Box 3001          Malvern PA 19355–0701
10396534    American Express National Bank          c/o Becket and Lee LLP          PO Box 3001          Malvern PA 19355–0701
10396535    American Express National Bank          c/o Becket and Lee LLP          PO Box 3001          Malvern PA 19355–0701
10396536    American Express National Bank          c/o Becket and Lee LLP          PO Box 3001          Malvern PA 19355–0701
10391831    Capital One N.A.          by AIS InfoSource LP as agent          PO Box 71083          Charlotte, NC 28272–1083
10385675    Citibank N.A.          Citibank, N.A.          5800 S Corporate Pl          Sioux Falls, SD 57108–5027
10379472    Citizens Bank N.A          One Citizens Bank Way JCA115          Johnston, RI 02919
10383135    Discover Student Loans          PO Box 30925          Salt Lake City, UT 84130
10392653    Educational Credit Management Corporation          P.O. Box 16408          St. Paul, MN 55116–0408
10393304    First Tech Federal Credit Union          Attn: Bankruptcy PO BOX 2100          Beaverton, OR 97075
10404268    Headway Capital          175 West Jackson Blvd., Suite 1000          Chicago, IL 60604
10388554    KeyBank N.A.          4910 Tiedeman Road          Brooklyn, OH 44144
10402086    KeyBank N.A.          4910 Tiedeman Road          Brooklyn, OH 44144
10414522    KeyBank N.A.          4910 Tiedeman Road          Brooklyn, OH 44144
10388021    KeyBank NA          4910 Tiedeman Rd.          Brooklyn, OH 44144
10378576    L&L Associates          12 Tulip Drive          Great Neck, NY 11021
10395110    NAVY FEDERAL CREDIT UNION          P O BOX 3000          MERRIFIELD, VA 22119
10425743    OSLT          c/o Firstmark Services          PO 82522          Lincoln, NE 68501
10379994    Pinnacle Credit Services, LLC          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587
10437444    Resurgent Receivables LLC          PO Box 10587          Greenville          SC          29603
10396625    Resurgent Receivables, LLC          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587
10482231    TD McRoberts          5 Brewster St.,Unit 2, 361          Glen Cove, NY 11542
10399347    U.S. Bank National Association          Bankruptcy Department          PO Box 108          Saint Louis MO 63166–0108
10380017    US Department of Education          P O Box 16448          St Paul, MN 55116–0448

                                                      TOTAL: 26